UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------x

ROBERT NETHING,

                Plaintiff,

    -against-                  19-CV-13037-KM-JBC

MERCK & CO., INC., NTT DATA, INC., and    NOTICE OF DISMISSAL OF FLSA
MISICOM, INC.                               CLAIM ONLY

                Defendants.

------------------------------------------------------x

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41 (a), Plaintiff is hereby dismissing the FSLA claim against the Defendants in this action. The FLSA claim is the only claim that Plaintiff is dismissing, as Plaintiff will proceed with all other causes of action against the Defendants.

                                              KRAKOWER DICHIARA LLC
                                              Attorneys for Plaintiff

                                              By: *Michael R. DiChiara*
                                              MICHAEL R. DICHIARA
                                              77 Market Street, Suite 2
                                              Park Ridge, NJ 07656
                                              P: 201.746.0303
                                              F: 866.417.2333

Dated: August 13, 2019

                                                **SO ORDERED**

                                                *s/Kevin McNulty*
                                                Kevin McNulty, U.S.D.J.
                                                Date: 8/14/19