# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Newark, NJ

ROBERT NETHING

                Plaintiff,

v.                                         Case No.: 2:19−cv−13037−KM−JBC

MERCK & CO. INC, et al.

                Defendant.

Clerk, Superior Court of New Jersey  
Union County Courthouse  
2 Broad Street  
Elizabeth, NJ 07207

State No: UNN−L−3524−17

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                              Very truly yours,

                                              William T. Walsh, Clerk  
                                              By Deputy Clerk, ld

encl.  
cc: All Counsel